

FILED
APR 26 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. HIRAM GRANADOS ALVAREZ DEFENDANT(S). | CASE NUMBER ED12-0157M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __MAY 3__, __2012__, at __2:3__ ☐ a.m. / ☒ p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
 (Other custodial officer)

Dated: __4/26/12__

U.S. ~~District Judge/~~Magistrate Judge
DAVID T. BRISTOW